# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 08-25 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin Lydell Brown, Jr., | |
| Defendant. | |

---

Defendant Brown's Motion to Continue sentencing is **DENIED**.

Dated:  September 29, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
